## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **NANCY P. HAGA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. CV 04-0172-S-EJL** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **IKON Office Solutions, Inc.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pursuant to Federal Rules of Civil Procedure 16 and 26, Defendant IKON Office Solutions, Inc. moves the Court for an order quashing Plaintiff Nancy P. Haga's subpoena to depose Mr. Matt Espe, or alternatively, for a protective order prohibiting the deposition.

Under the Court's Scheduling Order and subsequent extensions of the discovery deadline, the parties were required to complete all depositions by April 28, 2006. The case is set for a five day court trial on Monday, November 13, 2006. With the discovery deadline long since past and the trial imminent, the Court finds the Plaintiff's subpoena untimely and prejudicial to the Defendant.

Accordingly, for good cause shown, the Court **HEREBY ORDERS** that the Defendant's Motion to Quash Subpoena (docket nos. 82) is **GRANTED**, and that the subpoena is hereby **QUASHED**.

**IT IS FURTHERED ORDERED** that the Motion to Expedite (docket no. 82) is rendered **MOOT** by this Order.



DATED:  **November 8, 2006**

Honorable Edward J. Lodge
U. S. District Judge